UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| EDDIE RISDAL, ) | |
| ) | CASE NO. C07-4022MWB |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Commissioner's decision is affirmed.

**DATED:** March 14, 2008.

**Robert L Phelps - Clerk**

**BY: s/KFS**
**Deputy Clerk**